No. —, original. Ex parte Keogh. Submitted April 18, 1932. Decided April 25, 1932. The petition for the issue of a writ of mandamus herein is denied for the want of jurisdiction. *Luther* v. *Borden,* 7 How. 1, 42; *Pacific States Telephone & Telegraph Co.* v. *Oregon,* 223 U. S. 118, 150; *Marshall* v. *Dye,* 231 U. S. 250, 256, 257; *Massachusetts* v. *Mellon,* 262 U. S. 447, 483, 488. *Mr. John W. Keogh, pro se.*

No. 725. Wells *v.* Commissioner of Internal Revenue.
Argued April 27, 1932. Decided May 2, 1932. *Per Curiam:* The certificate is dismissed upon the ground that the questions are not properly framed and that the statement in the certificate is inadequate. *United States* v. *Mayer,* 235 U. S. 55, 66; *White* v. *Johnson,* 282 U. S. 367, 371; *United States* v. *Worley,* 281 U. S. 339, 340. *Mr. James S. Y. Ivins,* with whom *Mr. Kingman Brewster* was on the brief, for Wells. *Solicitor General Thacher,* with whom *Assistant Attorney General Youngquist, Miss Helen R. Carloss,* and *Messrs. Sewall Key, Erwin N. Griswold,* and *Wilbur H. Friedman* were on the brief, for the Commissioner of Internal Revenue.